**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PEDRO NICHOLAS HOLGUIN,

    Plaintiff,

v.

                                                                                                          No. CV 21-954 KG/CG

SANTA FE STATE PENITENTIARY, *et al*,

    Defendants.

**ORDER TO CURE DEFICIENCY**

This matter is before the Court on Mr. Holguin's Motion to Proceed *In Forma Pauperis*, (Doc. 2). The Motion is deficient because it does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2). By January 12, 2022, Mr. Holguin shall submit an inmate account statement reflecting transactions between March 29, 2021, and September 29, 2021. All filings must include the case number (No. 21-cv-0954 KG-CG). The failure to timely comply with this Order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that by **January 12, 2022**, Mr. Holguin shall file a certified inmate account as set forth above.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE